FILED _____ LODGED
_____ RECEIVED

JAN 1 1 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS P. STURM,<br><br>    Defendant. | CASE NO. 3:15-PO-08281-DWC<br><br>ORDER GRANTING DEFENSE MOTION FOR COMPETENCY EVALUATION AND HEARING |

Based on the information presented in the Motion of Jerome Kuh, attorney for the defendant, Douglas Sturm, for a Competency Evaluation pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b) and (c), the records and files in this case and the facts set forth in the memorandum and affidavit of defense counsel in support of the motion, the Court finds that there is reasonable cause to believe that defendant Douglas Sturm may presently suffer from a mental disease or defect that renders him unable to assist properly in his defense and to understand the nature and consequences of the proceeding against him. Accordingly, the Motion for a Competency Evaluation pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b) and (c) is hereby granted.

1  It is hereby ordered defendant Douglas P. Sturm undergo an evaluation to determine his

2  mental competency pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. 4247(b) and (c). The

3  evaluation shall be completed within 30 days of the date of this order.

4  Defendant shall be remanded to the custody of the Attorney General for placement in a

5  suitable facility for the evaluation. Pursuant to 18 U.S.C. § 4247(b), Defendant shall be placed in

6  the closest suitable facility to the court, the Federal Detention Center ("FDC") at SeaTac,

7  Washington, unless placement at the FDC is otherwise impracticable. A party may raise the issue

8  of impracticability of placement at the FDC by motion.

9  It is further ordered the competency evaluation shall be videotaped.

10  Dated this 11 day of [Pick the date]. January, 2016

11

12

13  David W. Christel
   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING DEFENSE MOTION FOR
COMPETENCY EVALUATION AND HEARING -
2