UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS P. STURM,<br><br>Defendant. | CASE NO. 3:15-PO-08281-DWC<br><br>ORDER AMENDING ORDER FOR COMPETENCY EVALUATION AND HEARING |

On January 11, 2016, this Court ordered Defendant "Douglas P. Sturm to undergo an evaluation to determine his mental competency pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. 4247(b) and (c)." Dkt. 10, p. 2 (Order Granting Defense Motion for Competency Evaluation and Hearing ("Order")). The Court ordered the evaluation to be completed within 30 days of the date of the Order. *Id.*

Warden C. Ingram emailed a letter to the Court on January 22, 2016 requesting the 30-day study under 18 U.S.C. § 4247(b) begin on January 15, 2016, the date Defendant was designated to the Federal Detention Center, SeaTac, Washington ("FDC, SeaTac") for the evaluation.

"[T]he court may commit [a] person to be examined for a reasonable period, but not to exceed thirty days, . . . to the custody of the Attorney General" for the purposes of an examination under § 4241. 18 U.S.C. § 4247(b). Based on the letter from Warden Ingram, the

1  Attorney General took custody of Defendant on January 15, 2016. Through email, both counsel
2  for the government and Defendant raise no objection to beginning the 30-day study on the date
3  Defendant entered the Attorney General's custody.
4      As the parties do not object to the evaluation beginning on January 15, 2016 with the
5  report being submitted no later than February 28, 2016, the Court hereby amends the Order as
6  follows: The evaluation shall be completed no later than February 14, 2016 and the report shall
7  be due no later than February 29, 2016.
8      Dated this 26th day of January, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER AMENDING ORDER FOR
COMPETENCY EVALUATION AND HEARING -
2